CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED-for
*Rhe*
APR 21 2006
JOHN F. CORCORAN, CLERK
BY: H McDonald
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

| | | |
|---|---|---|
| REGINALD EUGENE HAYDEN, | ) | |
| Petitioner, | ) | Civil Action No. 7:06CV00211 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | By: Hon. Jackson L. Kiser |
| Respondent. | ) | Senior United States District Judge |

In accordance with the memorandum opinion entered this day, it is now

### ADJUDGED AND ORDERED

that the petitioner's motion for relief under Rule 60(b) of the Federal Rules of Civil Procedure shall

be and hereby is **CONSTRUED** as a motion to vacate, set aside or correct sentence pursuant to 28

U.S.C. § 2255, and **DISMISSED** without prejudice as successive. This action shall be **STRICKEN**

from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying

memorandum opinion to the petitioner and counsel of record for the respondent.

ENTER: This 21st day of April, 2006.

Senior United States District Judge

3